MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00805 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| RICARDO BLANCO, | SAN JOSE VENUE |
| Defendant. | |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for August 6, 2012 be continued to September 10, 2012. The reason for the continuance is both parties need additional time to prepare for sentencing. Probation Officer Karen Mar has been informed about the new date and has no objection.

SO STIPULATED:                       MELINDA HAAG
                                     United States Attorney

DATED: 7/23/12                       _____/s/_____
                                     SUSAN KNIGHT
                                     Assistant United States Attorney


DATED: 7/23/12                       _____/s/_____
                                     RUBEN T. MUNOZ
                                     Counsel for Mr. Blanco

STIPULATION AND [PROPOSED] ORDER
CR 11-00805 EJD                      1

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in United States v. Ricardo Blanco currently scheduled for August 6, 2012 is continued to September 10, 2012 at 1:30 p.m.

SO ORDERED.

DATED: 7/23/2012

EDWARD J. DAVILA
United States District Judge